

**POST & SCHELL** PC
ATTORNEYS AT LAW

Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
215-587-1000 Main
215-587-1444 Fax
www.postschell.com

Darren M. Creasy

dcreasy@postschell.com
215-587-6632 Direct
File #: 134602

*Via Facsimile, 914-390-4179*

October 11, 2007

The Hon. Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

# MEMO ENDORSED

RE:    **Breves v. Community Medical Care**
       **S.D.N.Y. No. 07-CIV-8228 (2007)**

Dear Judge Robinson:

      Please allow this correspondence to confirm that I have spoken with counsel for Plaintiff in the above-referenced matter, and that counsel for the parties have stipulated to a twenty (20) day extension of time within which Defendant may Answer or otherwise plead in response to Plaintiff's Complaint. Accordingly, based on the parties' agreement, assuming said agreement is acceptable to the Court, this extension results in a new response date of Monday, November 5, 2007.

      Should you desire a Stipulation to this effect, we will be happy to provide same. Thank you for your time and kind attention to this matter.

Respectfully submitted,

Darren M. Creasy

DMC:dmc

**APPLICATION GRANTED**

Stephen C Robinson

HON. STEPHEN C. ROBINSON   10/15/07

cc:   Michael H. Sussman, Counsel for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: _____

ALLENTOWN   HARRISBURG   LANCASTER   PHILADELPHIA   PITTSBURGH   PRINCETON   WASHINGTON, D.C.
A PENNSYLVANIA PROFESSIONAL CORPORATION