**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **LORI BREVES**<br><br>                            **Plaintiff,**<br><br>        v.<br><br>**COMMUNITY MEDICAL CARE**<br><br>                            **Defendant.** | **NO. 07-CIV-8228**<br><br>**(Judge Robinson)** |

**FEDERAL RULE 7.1 DISCLOSURE STATEMENT FORM**

Please check one box:

    þ    The nongovernmental corporate party, <u>Community Medical Care</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

    ¨    The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation and publicly held corporation that owns 10% or more of its stock:

_____
_____
_____

                                     Respectfully submitted,

                                       **POST & SCHELL, P.C.**

Dated: <u>November 5, 2007</u>        By:    <u>/s/ Darren M. Creasy</u>
                                                  Sidney R. Steinberg, Esquire
                                                  Darren M. Creasy, Esquire
                                                  Four Penn Center
                                                  1600 John F. Kennedy Blvd.
                                                  Philadelphia, Pennsylvania 19103
                                                  Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that the attached Disclosure Statement Form has been served this day via First-Class mail to the following person(s):

**Michael H. Sussman, Esquire**
**Sussman & Watkins**
**P.O. Box 1005**
**Goshen, NY  10924**
**845-294-3991**

(Attorney for Plaintiff)


Dated: <u>November 5, 2007</u>          By:     <u>/s/ Darren M. Creasy</u>
                                                  Darren M. Creasy, Esquire