UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X 07 CIV 8228
LORI BREVES,

                Plaintiff,      Assigned to: Hon.
                                 Stephen C. Robinson

-against-

                                    **NOTICE OF MOTION**

COMMUNITY MEDICAL CARE,

                Defendant.
------------------------------------------X

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Ellen A. Fischer, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Applicant's Names:  Darren Creasy and Sidney Steinberg
        Firm Name:          Post & Schell, P.C.
        Address:            4 Penn Center, 1600 John F. Kennedy Blvd
        City/State/Zip:     Philadelphia, PA 19103
        Phone Number:      (215) 587-6632
        Fax Number:        (215) 320-4157

    Darren Creasy is a member in good standing of the Bar of the States of New Jersey and Pennsylvania. Sidney Steinberg is a member in good standing of the Bar of Pennsylvania.

    There are no pending disciplinary proceedings against Darren Creasy or Sidney Steinberg in any State or Federal Court to the knowledge of the undersigned.

Dated:     Poughkeepsie, New York
           November 8, 2007

Respectfully yours,

The Law Offices of
**STEINBERG, SYMER & PLATT, LLP**

*Ellen A. Fischer*
By: Ellen A. Fischer
SDNY Bar: EF-6893
27 Garden Street
Poughkeepsie, New York  12601
(845) 471-4455

TO:  Michael H. Sussman, Esq.
     SUSSMAN & WATKINS
     Attorneys for Plaintiff
     PO Box 1005
     Goshen, New York 10924

     Sidney R. Steinberg, Esq.
     Darren M. Creasy, Esq.
     POST & SCHELL, P.C.
     Four Penn Center
     1600 John F. Kennedy Boulevard
     Philadelphia, PA  19103-2808

*Darren Creasey, Esq. and Sidney Steinberg, Esq. are admitted Pro Hoc Vice for all purposes in this litigation.*

**SO ORDERED**
*Stephen C. Robinson*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
12/4/07